UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| BRIAN LEONARD, | ) | CASE NO. 1:09 CV 1229 |
| | ) | |
| Plaintiff, | ) | JUDGE CHRISTOPHER A. BOYKO |
| | ) | |
| v. | ) | |
| | ) | |
| LOCAL 171 UNITE HERE, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

Plaintiff's Application to Proceed <u>in forma pauperis</u> was denied without prejudice on July 2, 2009 because he did not state the amount of funds contained in his checking account. Plaintiff is therefore ordered to fill out and submit an amended application supplying the missing information, so the court may have a proper basis on which to evaluate his request to proceed without prepayment of the filing fee. Plaintiff is allowed thirty (30) days from the date of this order to submit the amended application. If it is not received within the time allowed, this action will be dismissed.

    IT IS SO ORDERED.

                                              <u>S/Christopher A. Boyko</u>
                                              CHRISTOPHER A. BOYKO
                                              UNITED STATES DISTRICT JUDGE

July 8, 2009