UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| Brian Leonard, | : | Case No. 1:09CV1229 |
| | : | |
| Plaintiff | : | Judge Christopher Boyko |
| | : | |
| v. | : | Magistrate Judge David S. Perelman |
| | : | |
| Unite Here Local, 171, | : | **REPORT AND** |
| | : | **RECOMMENDED DECISION** |
| Defendant | : | |

This Court has just granted the defendant leave to respond to plaintiff's complaint until September 24, 2009. In light thereof it is recommended that plaintiff's Motion For Judgement On The Pleadings (Doc. #11) be denied.

DAVID S. PERELMAN
United States Magistrate Judge

DATE:   August 26, 2009

**OBJECTIONS**

Any objections to this Report and Recommended Decision must be filed with the Clerk of Courts within ten (10) days of receipt of this notice. Failure to file objections within the specified time waives the right to appeal the District Court's order. *See, United States v. Walters*, 638 F.2d 947 (6th Cir. 1981). *See, also, Thomas v. Arn*, 474 U.S. 140 (1985), *reh'g denied*, 474 U.S. 1111 (1986).